| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney<br>DAVID W. SPENCER<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900<br><br>Attorneys for Plaintiff<br>United States of America | <br>FILED<br>Oct 28, 2020<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br><br>**SEALED** |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND TRACE DEVICE ASSOCIATED WITH (916) 896-8190, (916) 621-7638, (916) 591-3917, (209) 605-5936, (530) 368-5271, and (916) 718-7426 | CASE NO. 2:20-sw-1009 JDP<br><br>[PROPOSED] ORDER<br><br><u>UNDER SEAL</u> |

### ORDER

DAVID W. SPENCER, on behalf of the United States, has submitted an application pursuant to 18 U.S.C. §§ 3122 and 3123, requesting that the Court issue an Order authorizing the installation and use of pen registers and trap and trace devices ("pen-trap devices") on the cell phone number described in Attachment A, which is incorporated into this Order by reference.

The Court finds that an attorney for the government has submitted the application and has certified that the information likely to be obtained by such installation and use is relevant to an ongoing criminal investigation being conducted by the DEA of unknown individuals in connection with possible violations of, inter alia, 21 U.S.C. §§ 846 and 841(a)(1).

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 3123, that DEA may install and use a pen/trap device to record, decode, and/or capture dialing, routing, addressing, and signaling information associated with each communication to or from the accounts described in Attachment A, including the source and destination WhatsApp accounts, date, time, duration of the communication, and Internet

Protocol address, including Internet Protocol address associated with access to the target WhatsApp accounts, without geographic limit.

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3123(c)(1), that the use and installation of the foregoing is authorized for sixty days from the date of this Order;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. §§ 3123(b)(2) and 3124(a)-(b), that WhatsApp Inc. ("WhatsApp") and any other person or entity providing wire or electronic communication service in the United States whose assistance may, pursuant to 18 U.S.C. § 3123(a), facilitate the execution of this Order shall, upon service of this Order, furnish information, facilities, and technical assistance necessary to install the pen/trap device, including installation and operation of the pen/trap device unobtrusively and with minimum disruption of normal service;

IT IS FURTHER ORDERED that the DEA reasonably compensate WhatsApp and any other person or entity whose assistance facilitates execution of this Order for reasonable expenses incurred in complying with this Order;

IT IS FURTHER ORDERED that WhatsApp and any other person or entity whose assistance may facilitate execution of this Order provide prior notice to the applicant and the DEA before terminating or changing service to the accounts;

IT IS FURTHER ORDERED that the DEA and the applicant have access to the information collected by the pen/trap device as soon as practicable, twenty-four hours per day, or at such other times as may be acceptable to the DEA, for the duration of the Order;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3123(d)(2), that WhatsApp and any other person or entity whose assistance facilitates execution of this Order, and their agents and employees, shall not disclose in any manner, directly or indirectly, by any action or inaction, the existence of the application and this Order, the pen/trap device, or the investigation to any person, unless and until otherwise ordered by the Court, except that WhatsApp may disclose this Order to an attorney for WhatsApp for the purpose of receiving legal advice;

/ / /

/ / /

/ / /

1   IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise
ordered by the Court, pursuant to 18 U.S.C. § 3123(d)(1).

Dated:   October 28, 2020

Hon. Jeremy D. Peterson
U.S. MAGISTRATE JUDGE

# **ATTACHMENT A**

WhatsApp

| Facility | Number or identifier | Owner, if known | Subject of investigation, if known |
|---|---|---|---|
| WhatsApp account | (916) 896-8190 | | Jose LOPEZ-ZAMORA |
| WhatsApp account | (916) 621-7638 | | Luis ZAMORA |
| WhatsApp account | (916) 591-3917 | | Leonardo FLORES BELTRAN |
| WhatsApp account | (209) 605-5936 | | Rudy FLORES |
| WhatsApp account | (530) 368-5271 | | Javier HERNANDEZ |
| WhatsApp account | (916) 718-7426 | | Loth RODRIGUEZ |

ATTACHMENT A